IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00165-MR-DLH

| | |
|---|---|
| DEMARCUS BLAKLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> CORRECTIONAL OFFICER BATES, ) <br> CORRECTIONAL OFFICER BOYER, ) <br> SUPERVISOR JOHN DOE, and ) <br> ADMINISTRATOR RICHARD TERRY, ) <br> ) <br> Defendants. ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Plaintiff's Show Cause Response/Motion for Limited Expedited Discovery and to Extend Time to Identify and Serve Defendant John Doe [Doc. 14].

The Plaintiff's motion fails to reflect that counsel conferred or attempted to confer with defense counsel prior to filing the motion, as required by Local Rule 7.1(B). Accordingly, the Plaintiff's motion shall be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Show Cause Response/Motion for Limited Expedited Discovery and to Extend Time to

Identify and Serve Defendant John Doe [Doc. 14] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge