IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00165-MR-DLH

| | |
|---|---|
| DEMARCUS BLAKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CORRECTIONAL OFFICER BATES, ) | |
| CORRECTIONAL OFFICER BOYER, ) | |
| SUPERVISOR JOHN DOE, and ) | |
| ADMINISTRATOR RICHARD TERRY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's Show Cause Response and Amended Motion for Limited Expedited Discovery and to Extend Time to Identify and Serve Defendant John Doe [Doc. 16].

On November 3, 2014, the Court entered an Order directing the Plaintiff to show cause for his failure to effect service on Defendant Supervisor John Doe. [Doc. 12]. The Plaintiff now responds to this Show Cause Order. In his response, the Plaintiff requests permission under Rule 26(d) to conduct limited expedited discovery for a period of 60 days so that he may attempt to identify and effectuate service on Defendant Supervisor

John Doe. The Defendants who have appeared in this action do not oppose the Plaintiff's request. [Doc. 16].

For the reasons stated in the Plaintiff's Motion, and for cause shown, the Court will direct the parties who have appeared to date in this action to conduct an initial attorneys' conference and submit a certificate of initial attorneys' conference to the Court so that a case management plan can be entered and discovery can commence. The Court further will grant the Plaintiff an additional 120 days to identify and effectuate service on Defendant Supervisor John Doe.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order is hereby **DISCHARGED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. 16] is **GRANTED in part and DENIED in part** as follows: the parties shall conduct an initial attorneys' conference within fourteen (14) days of the entry of this Order and submit a certificate of initial attorneys' conference to the Court within seven (7) days thereafter. Discovery is not to be limited to the identity of the John Doe Defendant.

**IT IS FURTHER ORDERED** that the Plaintiff shall have an additional 120 days from the entry of this Order within which to identify and effectuate service upon the Defendant Supervisor John Doe.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge