# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00165

| | |
|---|---|
| DEMARCUS BLAKLEY ) ) Plaintiff, ) ) vs. ) ) CORRECTIONAL OFFFICER ) BATES, et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to File Over-Length Brief [Doc. 55].

The Court finds that the Defendants have not stated good cause for the requested expansion.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to File Over-Length Brief [Doc. 55] is **DENIED**.

**IT IS SO ORDERED**

Signed: August 1, 2016

Martin Reidinger
United States District Judge