IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-165

| | |
|---|---|
| DEMARCUS BLAKLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| CORRECTIONAL OFFICER BATES ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for an Extension of Time [Doc. 65]. The Defendants consent to the Motion.

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for an Extension of Time [Doc. 65] is **GRANTED**. The Plaintiff shall have through and including **August 26, 2016**, within which to file a Response to the Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Signed: August 19, 2016

Martin Reidinger
United States District Judge