## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:14-cv-00165-MR-DLH

| | |
|---|---|
| **DEMARCUS BLAKLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) |
| **CORRECTIONAL OFFICER BATES,** | ) |
| **et al.,** | ) |
| **Defendants.** | ) |
| _____ | ) |

## J U D G M E N T

**THIS MATTER** came on for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

1.   Is Defendant Bates liable to the Plaintiff for violation of 42 U.S.C. § 1983?

   ANSWER:  NO

2.   What amount of compensatory damages, if any, is the Plaintiff entitled to recover from Defendant Bates?

   ANSWER:  N/A

3. Is Defendant Boyer liable to the Plaintiff for violation of 42 U.S.C. § 1983?

ANSWER: NO

4. What amount of compensatory damages, if any, is the Plaintiff entitled to recover from Defendant Boyer?

ANSWER: N/A

5. What is the total amount of compensatory damages, if any, that the Plaintiff is entitled to recover?

ANSWER: N/A

6. What amount of punitive damages, if any, is the Plaintiff entitled to recover from Defendant Bates?

ANSWER: N/A

7. What amount of punitive damages, if any, is the Plaintiff entitled to recover from Defendant Boyer?

ANSWER: N/A

Based on the foregoing facts as found by the jury, the Court concludes as a matter of law that Defendants Correctional Officer Bates and Correctional Officer Boyer are not liable to the Plaintiff.

The Court previously entered an Order granting in part the Defendants' Motion for Summary Judgment and dismissing all of the Plaintiff's claims

against Defendants Richard Terry, Michael Grasty, Rocky Holbert, and Clifford Johnson, as well as the Plaintiff's claims for violations of the Fourth Amendment against Defendants Correctional Officer Bates and Correctional Officer Boyer.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover nothing from the Defendants in the form of damages.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety, and the Defendants shall recover their costs of the action from the Plaintiff.

Signed: January 13, 2017

Martin Reidinger
United States District Judge